TERRANCE J. BROWN　　　　　　　　*　　IN THE

　　　　　　　　　　　　　　　　　*　　COURT OF APPEALS

　　　　　v.　　　　　　　　　　*　　OF MARYLAND

　　　　　　　　　　　　　　　　　*　　No. 64

STATE OF MARYLAND　　　　　　　*　　September Term, 2015


**ORDER**


WHEREAS, the Court having granted the petition for writ of certiorari filed in the above entitled case and thereafter oral arguments having been held on March 31, 2016, and

WHEREAS, the Court having issued an Order on April 4, 2016, remanding the case, without affirmance or reversal, to the Circuit Court for Dorchester County for the purpose of the entry of findings of fact on the issue of custody, and

WHEREAS, the findings of fact of Judge Brett Wilson having been received in the Clerk's Office on May 9, 2016 and subsequent supplemental Petitioner's, Respondent's and Petitioner's reply briefs having been filed on July 5, 2016, August 10, 2016 and August 17, 2016 respectively, it is this 29th day of August, 2016

ORDERED, by the Court of Appeals of Maryland, that in light of the findings of fact and supplemental briefing, this case be, and it is hereby, set in for reargument on Thursday, October 6, 2016.


                                        /s/ Mary Ellen Barbera
                                             Chief Judge